BRANDON TAKAHASHI (SBN 248883)
btakahashi@tallbridgelegal.com
**TALLBRIDGE LEGAL, P.C.**
4223 Glencoe Ave, Ste A220,
Marina del Rey, CA 90292-5671
Telephone: (323) 741-6500

ERNEST EDWARD BADWAY
EBadway@FoxRothschild.com
(Application for *pro hac vice*
admission forthcoming)
**FOX ROTHSCHILD LLP**
101 Park Ave., 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940

Attorneys for Defendant,
DANIEL S. FITZGERALD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1-10,<br><br>Plaintiffs,<br><br>vs.<br><br>DANIEL S. FITZGERALD,<br><br>Defendant. | Case No. 2:20-CV-10713-MWF-RAO<br><br>Honorable Michael W. Fitzgerald<br><br>**NOTICE OF DEFENDANT'S MOTION FOR RECONSIDERATION**<br><br>Hearing Date: December 13, 2021<br>Hearing Time: 10:00 a.m.<br>Place: BY VIDEO OR TELEPHONIC CONFERENCE<br><br>Complaint Filed: November 24, 2020<br>Trial Date: None Set |

DEFENDANT'S NOTICE OF MOTION

127749636.1

1  **TO:  THE COURT ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

2  PLEASE TAKE NOTICE that Defendant Daniel S. Fitzgerald hereby that on December 9, 2021, or as soon thereafter as the matter may be heard by video or telephonic conference, Defendant will, and hereby does, respectfully move the Court to reconsider its order issuing a preliminary injunction and its order granting leave for Plaintiffs to proceed anonymously.

Respectfully submitted,

Dated: November 4, 2021

*/s/ Ernest Edward Badway*
ERNEST EDWARD BADWAY
FOX ROTHSCHILD LLP
Attorneys for Defendant