**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JANE DOE NOS. 1-10,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DANIEL S. FITZGERALD,<br><br>        Defendant. | Case No. 2:20-cv-10713-MWF (RAO)<br><br>Honorable Michael W. Fitzgerald<br><br><br>**DECLARATION OF**<br>**DANIEL S. FITZGERALD**<br><br>Complaint Filed:  November 24, 2020<br>Trial Date:         None Set |

I, Daniel S. Fitzgerald, hereby declare and state as follows:

1.      I am over the age of 18 and otherwise competent to testify to all facts set forth below.  The statements herein are made from my own personal knowledge.

2.      I have read the declarations submitted in support of Plaintiffs' motion for preliminary injunction, including the declarations of Jane Doe Nos. 5 and 6, Lisa Haba, Greg Gutzler, and Young Yi Kim.

3.      Many of the statements made in the Plaintiffs' motion and the declarations are entirely false.

4.      I did not create the YouTube videos referenced in the preliminary injunction or Plaintiffs' motion.  I do not own, operate, or control the YouTube channel where these videos were uploaded.  I did not instruct the person or persons who created these videos or control these channels to post them on the internet.  I do not have the ability to take down these videos from the YouTube channel.  Nevertheless, it is my understanding that the video in question had already and previously been taken down approximately one (1) month ago, making Plaintiffs' preliminary injunction moot, but also inappropriate, harassing and a waste of this Court's time and resources.

5.     I do not have any control or personal knowledge of any other YouTube videos which may exist online, that address Plaintiffs or their counsel.  To the extent that such YouTube videos do or could exist, their existence and/or creation has been done without my request, approval or control.

6.     I did not create the content contained on the Instagram pages.  I do not own, operate, or control the Instagram accounts where this content was posted.  I did not instruct the person or persons who created this content or control these accounts to post it on social media.  I do not have the ability to take down the content posted on these social media accounts.

7.     I did encounter Jane Doe No. 5's mother and sister on July 19, 2021, while I was traveling with my friends Ariel Marc and Ryangmi Chong in Los Cabos, Mexico. This encounter was initiated by Jane Doe No. 5's family members.  Specifically, Jane Doe No. 5's family members approached both myself and my friends to engage in friendly conversation, none of which was prompted by me of my friends.

8.     Subsequently, on or about July 28, 2021, while I was still traveling in Los Cabos, Mexico, my above-identified friends and I were approached by Jane Doe No. 5, who requested to spend time with us.  I frequently travel to that location to surf, and my trip in July 2021 was entirely unrelated to Jane Doe No. 5.  I had no knowledge or expectation that I would have encountered Jane Doe No. 5 or her family members on this trip.

9.     I took several minutes of video of the interaction with Jane Doe No. 5 and her family in July 2021.  The video clearly demonstrates that I did not "harass" Jane Doe No. 5 or her family.

10.     During the remainder of my trip, Jane Doe No. 5 made false reports to the local police authorities, claiming that my friends and I were transporting illegal narcotics to Mexico.  As a result, my friends and I were stopped and interrogated by law enforcement officers in Mexico, who verified that Jane Doe No. 5 was the person who made the unfounded allegations.

DECLARATION OF DANIEL S. FITZGERALD

11.     Contrary to the statements in Plaintiffs' motion, the addition of Jane Doe No. 5 in 2021 did not prompt any response from me to intimidate her or her participation in this lawsuit. In fact, I have known that Jane Doe No. 5 was working with Plaintiffs' counsel for at least a year prior to being added to this case.

12.     In fact, as shown on the attached Exhibit 1, Jane Doe No. 5 admitted in a text conversation with me from August 5, 2020, that she had made surreptitious recordings of me and forwarded that information to Plaintiffs' attorneys. Around that same time, Jane Doe No. 5 asked for $50,000 in exchange for not joining this lawsuit.

13.     Since that time, Jane Doe No. 5 has waged a public campaign to defame me rather than the contrary. As shown in the attached Exhibit 2, Jane Doe No. 5 has made a number of defamatory posts to her social media, including pictures of me with the captions "Burn This Kook" and "Danny Fitzgerald & His Associates Are Being Investigated For Pedophilia, Rape All Kinds Of Disgusting Things." She has also posted several defamatory videos about me to her social media.

14.     As shown on Exhibit 3, Jane Doe has incited others to harass me as well, asking her social media followers "Can U Guys Tell Him To Leave Me Alone Alone Pls & Stop Raping People/Having Sex W Minors." She sent a picture of me to a person who offered to "have my friends look for him," that she then posted publicly as a threat to me.

15.     As a result, I have received threats from many of her social media followers. Examples of such communications that were directed by Jane Doe No. 5 are attached as Exhibit 4. These include persons who offered to "Get him to come to Hawaii and I'll make him disappear."

16.     In the process of defaming me publicly, Jane Doe No. 5 has publicly identified herself as participating in this lawsuit on her social media to over 137,000 followers.

17.     In March 2021, Jane Doe No. 5 sent me a copy of the engagement letter with Plaintiffs' counsel. A copy of that communication is attached as Exhibit 5. At

that time, she stated that she would sign on as a plaintiff in this lawsuit unless I purchased property for her in Japan.

18.   In the course of investigating the allegations made by these Plaintiffs, I have become aware of individuals, who were offered and/or paid more than $10,000 to sign affidavits or otherwise make allegations in this lawsuit, other lawsuits brought by the same attorneys, or to FBI investigators.   Additionally, I am aware that another person was offered assistance with legal issues around her immigration status in exchange for her participation in these lawsuits.

19.   Notably, in August 2020, Jane Doe No. 5 stated in a text message to me that she also thought persons making accusations against Peter Nygard and "everyone he was friends with" were getting paid for their participation.   A copy of that communication is attached as Exhibit 6.

20.   Since the hearing on Plaintiffs' Motion for Preliminary Injunction, Plaintiffs' Counsel has caused the publication and issuance of public statements that I have affirmatively "harass[ed] and threaten[ed] the victims of a sex trafficking ring that [I]… operated with disgraced fashion mogul, Peter Nygard."   A copy of one such statement is attached as Exhibit 7.   Upon contacting the reporter who prepared this statement, I was informed that it is Plaintiffs' counsel who requested that this report be published.   It is patently unfair and prejudicial that Plaintiffs and their counsel be allowed to conduct a campaign of defamatory statements and harassing conduct against me due to the allegations made in Plaintiffs' motion and Complaint, while I cannot respond.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this the ___2___ day of November, 2021 in _____, California.

_____
Daniel S. Fitzgerald

4

# **<u>EXHIBIT 1</u>**



2

# **EXHIBIT 2**









# **EXHIBIT 3**





# **EXHIBIT 4**















# **EXHIBIT 5**





# **EXHIBIT 6**



# EXHIBIT 7





# DiCello Levitt Gutzler: Federal Court Issues Preliminary Injunction Against Hollywood Real Estate Developer and Nygard Sex Trafficking Co-Conspirator for Harassing Victims and Witnesses

### *Daniel Fitzgerald is accused of conspiring with fashion mogul Peter Nygard to operate sex trafficking rings, recruiting victims for their sexual gratification*

November 02, 2021 10:22 AM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--A California federal court has issued an injunction against Hollywood influencer and real estate developer, Daniel Fitzgerald, for harassing and threatening the victims of a sex trafficking ring he allegedly operated with disgraced fashion mogul, Peter Nygard. Fitzgerald is accused by at least 10 women of conspiring with Nygard to use fraud and force to coerce them and others into commercial sex acts. Nygard was indicted by the Department of Justice in December 2020 for spearheading a sex trafficking and racketeering enterprise.

Fitzgerald, known online as "DannyHollywoodHomes," develops and owns Southern California mansions and "party compounds" that have been rented by celebrities like Justin Bieber, Lil' Jon, and a host of online influencers and content creators. A civil lawsuit accuses Fitzgerald of conspiring to operate the "Nygard-Fitzgerald Sex Trafficking Racketeering Enterprise" to "recruit, entice, transport, harbor, and maintain adult and minor-aged female victims for Nygard's sexual gratification." It claims he engaged in "sexual swaps" of girls with Nygard without the victims' consent. The complaint also asserts that, in addition to his involvement in the Nygard trafficking ring, Fitzgerald also operated his own sex trafficking venture.

According to the preliminary injunction filed on October 28, after the victims filed their lawsuit against Fitzgerald, he created YouTube videos and social media accounts, and circulated a flyer throughout Cabo, Mexico, identifying several of his accusers and making blatantly false and disparaging attacks on their character and reputation. The court found that Fitzgerald's sole motivation was to intimidate his accusers and dissuade other victims from coming forward. The injunction prohibits Fitzgerald and his associates from publicly circulating information that identifies his accusers by name or description, and from making threatening or harassing communications to anyone directly connected with the lawsuit. He must also maintain 100 feet of physical distance from his accusers, and remove the videos, postings, and social media accounts in question.

"Our clients exhibited incredible strength and bravery in coming forward, and, in so doing faced physical and psychological threats by Mr. Fitzgerald," said Greg Gutzler, an attorney for the victims and partner with DiCello Levitt Gutzler in New York. "The Court correctly required Fitzgerald and those working on his behalf to stop their shameful bullying of these women and, further, to remove the offending and false materials they put online and into the community. Our justice

harassment are antithetical to the goals of a fair and equitable justice system. We will protect our clients and witnesses and uphold the dignity of the system."

Gutzler is joined in the lawsuit by co-counsel Lisa D. Haba of the Haba Law Firm and John H. Gomez and Deborah S. Dixon of Gomez Trial Attorneys. Gutzler and Haba also represent the original Nygard accusers in their civil action.

In February 2020, federal agents and New York police officers raided Nygard's Manhattan business headquarters and his Los Angeles home, following a five-month investigation into allegations of sexual assault by a joint child exploitation task force that included FBI agents and the NYPD.

This followed the filing of a second amended complaint in June 2019 by attorneys representing 57 Nygard victims who came forward with claims corroborating a decades-long sex trafficking conspiracy by Nygard, his corporate entities, and numerous Nygard corporate officers and directors who aided and enabled his crimes. It is alleged that several of the plaintiffs were underage when Nygard sexually assaulted them, including two as young as 14. The complaint asserted that Nygard's sexual predation was an "open secret" at the Nygard companies and that the companies were "instrumental in knowingly aiding, abetting, facilitating, conspiring, and participating in" the trafficking the plaintiffs while knowing that both were under 18, to engage in a commercial sex act.

The Fitzgerald case is *Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald* Case 2:20-cv-10713-DDP-RAO, U.S. District Court for the Central District of California, Western Division. Copies of the complaint and preliminary injunction are available upon request.

**About DiCello Levitt**

*At DiCello Levitt Gutzler, we're dedicated to achieving justice for our clients through class action, business-to-business, public client, whistleblower, personal injury, and mass tort litigation. Our lawyers are highly respected for their ability to litigate and win cases—whether by trial, settlement, or otherwise—for people who have suffered harm, global corporations that have sustained significant economic losses, and public clients seeking to protect their citizens' rights and interests. Every day, we put our reputations—and our capital—on the line for our clients.*

Contacts
Jason Milch
jmilch@baretzbrunelle.com
312.379.9406

Tweets by @DiCelloLevitt 

 **DiCello Levitt Gutzler**
@DiCelloLevitt

The Amazon Ring doorbell's ability to record sound more than 40 feet away violates the UK Data Protection Act, according to an Oxford County Court judge. #privacylaw #justice #dicellolevitt uk.finance.yahoo.com/news/amazon-ri…





**Amazon Ring doorbell: How data breach ruling may impact you**
'We strongly encourage our customers to respect their neighbours' privacy,' said Ring.
uk.finance.yahoo.com

♡   [→   Oct 20, 2021



**DiCello Levitt Gutzler**
@DiCelloLevitt

Gregory Livingston faces indictment on 2nd degree murder charges for killing Alvin Motley, Jr. when Motley approached the security guard with a can of beer in one hand and a cigarette in the other. #Stopthehate #PoliceBrutality #socialjustice actionnews5.com/2021/09/29/vid…



**Video released of Alvin Motley's shooting death at Memphis gas station**
The video was shown during a four-hour preliminary hearing Tuesday for Gregory Livin…
actionnews5.com

♡   [→   Oct 18, 2021



**DiCello Levitt Gutzler**
@DiCelloLevitt

@DiCelloLevitt and @SMBBlaw filed the first lawsuit following the Amtrak derailment in Montana that killed three passengers and injured dozens more. #WrongfulDeath #justice #dicellolevitt dicellolevitt.com/first-lawsuit-…



**First Lawsuit Filed Following Amtrak Montana Derailment That Kille…**
CHICAGO, IL (September 28, 2021) – The first lawsuit following the fatal …