**GOMEZ TRIAL ATTORNEYS**
JOHN H. GOMEZ (171485)
*jgomez@thegomezfirm.com*
DEBORAH S. DIXON (248965)
*ddixon@thegomezfirm.com*
655 W. Broadway Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

**DiCELLO LEVITT GUTZLER LLC**
GREG G. GUTZLER*
*ggutzler@dicellolevitt.com*
60 E. 42nd St., Suite 2400
New York, New York 10165
Telephone: (646) 933-1000

**THE HABA LAW FIRM, P.A.**
LISA D. HABA (*pro hac vice*)
*lisahaba@habalaw.com*
1220 Commerce Park Dr., Ste. 207
Longwood, Florida 32779
Telephone: (844) 422-2529

***Counsel for Plaintiffs***
*(\*Pro Hac Vice Application Pending)*
*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| JANE DOE NOS. 1-10,<br><br>              Plaintiffs,<br><br>       v.<br><br>DANIEL S. FITZGERALD,<br><br>              Defendant. | Case No: 2:20-cv-10713-MWF (RAOx)<br>**[REDACTED]**<br>**DECLARATION OF STEVEN POWERS IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER**<br><br><br>Complaint Filed: 11/24/2020 |

I, Steven Powers, declare as follows:

1.      My name is Steven Powers. I have personal knowledge of the facts set forth in this declaration.

2.      I have been friends with Danny Fitzgerald for about 25 years.

3.      I have also been friends with Peter Nygard for about 25 years.

4.      I have been a frequent guest at Mr. Nygard's homes.

5.      There came a time recently when Mr. Fitzgerald and I were both Defendants in lawsuits alleging he and I had engaged in sex trafficking.

6.      Mr. Fitzgerald and I have discussed our lawsuits with each other to determine how we could defend ourselves.

7.      I have spoken with Mr. Fitzgerald's private investigator, Jon Perkins, to help in the cases against us.

8.      On June 24, 2021, Mr. Fitzgerald sent me an email (attached here as Exhibit A). In that email, Mr. Fitzgerald stated: "Try to make your WhatsApp work so I can send you those nice videos we're making."

9.      Later that same day, June 24, 2021, Mr. Fitzgerald sent me 8 videos (attached hereto as Exhibit B).

10.     On June 25, 2021, Mr. Fitzgerald sent me another email, stating: "Do you have any more good information or any evidence we can use to build this case better and to build this video better." Exhibit A.

11.     On June 28, 2021, Mr. Fitzgerald sent me a message through WhatsApp (attached here as Exhibit C). In that message, he said, "I have enough evidence on ██████████. I have enough evidence to prosecute her in court federally for extortion, blackmail, pre-meditated extortion and working with and for the Gutzler group and Lisa Habba (sic). Pressuring women to testify as well as promising them citizenship to lie about the defendants…."

1

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF STEVEN POWERS IN SUPPORT OF PLAINTIFFS' MOTION FOR
CONTEMPT FOR VIOLATING THE COURT'S PRELIMINARY INJUNCTION ORDER

12.     On July 12, 2021, Mr. Fitzgerald texted me link to a YouTube video on the "Not Me Movement" channel (attached here as Exhibit D). It showed the images of several young women and also showed a pixelated image of me.

13.     I immediately confronted Mr. Fitzgerald about using my image. His response was "it's no big deal." He also stated, "sorry."

14.     I also directly asked Mr. Fitzgerald if he was responsible for the video. His response was, "No one can prove I was involved."

15.     On August 12, 2021, Mr. Fitzgerald sent me a message (attached here as Exhibit E), stating: "How is everything going hope you did not settle with those assholes. They have basically pulled my case because they have nothing so I think my case is disappearing." I responded the same day: "I haven't settled yet I offered him a crazy deal they told me they are worried about that video you did so that was a good job."

16.     Mr. Fitzgerald responded to that message (attached here as Exhibit F): "More to come. They were supposed to refile their amended Case by the 22nd of July and they haven't done anything I think they have nothing and they're scared."

17.     From February to July 2021, Mr. Fitzgerald and I had communications regarding strategies we could use to defend our sex trafficking cases.

18.     One strategy I suggested directly to Mr. Fitzgerald that we could employ is to compare the lawsuits to Michael Avenatti (the relevant text thread is attached here as Exhibit G).

19.     Another strategy we discussed was to accuse the Jane Does of lying and to accuse them of being bribed and some for burglary and bank fraud.

20.      In the spring or summer of 2021, I met with Mr. Fitzgerald to discuss various Jane Doe Plaintiffs and whether we believed they were unreliable and potentially giving false testimony.

21.     Mr. Fitzgerald and another man were present, and we went over information that they claimed would be helpful to our cases.

22.     Mr. Fitzgerald claimed he had received unpublished articles written by the New York Times and asked me to read out loud (Mr. Fitzgerald shared with me the personal detail that he is not a proficient reader and sometimes utilized me to explain and respond to certain written information) the alleged article and summarize the contents to be recorded.

23.     Unbeknownst to me, and against my express instructions, Mr. Fitzgerald videotaped me for the purpose of creating negative pieces that would be posted online.

24.     Sometime after that meeting where Mr. Fitzgerald videotaped me, I notified him that I was settling the cases against me and that I would not participate in his defense and that neither Mr. Fitzgerald, nor his lawyers, were permitted to use me or my images or voice in Mr. Fitzgerald's campaign against alleged victims and their lawyers.

25.     I subsequently, and against Mr. Fitzgerald's objections, settled the cases against me.

26.     On November 10, I was contacted by Peter Nygard's son and advised that there was another video regarding the victims and the lawyers who were still pursuing claims against Mr. Fitzgerald and Mr. Nygard.

27.     The YouTube video, on the "Not Me Movement" channel, featured my interview.

28.     I immediately contacted Mr. Fitzgerald to demand he take down the aforementioned "hit piece" or I would be damaged over several millions of dollars.

29.     Mr. Fitzgerald responded to my demand: "I tried calling you. You could say that any of that stuff was done way before your settlement and it was only up for a couple of hours, but it was on YouTube and it's down so it's not up anymore." (Attached as Exhibit H).

30.     Mr. Fitzgerald also stated: "We can talk later and work on a game plan." Exhibit H.

3

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-CV-10713
DECLARATION OF STEVEN POWERS IN SUPPORT OF PLAINTIFFS' MOTION FOR
CONTEMPT FOR VIOLATING THE COURT'S PRELIMINARY INJUNCTION ORDER

31.     At no time did Mr. Fitzgerald deny to me being involved in the videos.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 18th day of November, 2021, at _____, California.

Steven Powers

witnessed signature on 11-19-2021 at 9:07 AM

Jesse A Martell

4

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-CV-10713
DECLARATION OF STEVEN POWERS IN SUPPORT OF PLAINTIFFS' MOTION FOR

# Exhibit A

Case 2:20-cv-10713-MWF-RAO Document 89-3 Filed 11/19/21 Page 7 of 28 Page ID
#:1207

11/15/21, 12:29 PM

 Gmail

Steven Powers <stevenmpowers@gmail.com>

## police report

6 messages

**Steven Powers** <stevenmpowers@gmail.com>
To: Danny Fitzgerald <daafitz@yahoo.com>

Thu, Jun 24, 2021 at 3:57 PM

Hi Danny,

Please find enclosed the police report.

ENERCOR, Inc.

STEVEN POWERS
2436 North Topanga Canyon Blvd
Topanga CA 90290
Cell: 424-786-9000
Cell: 310-940-1100
Office: 310-455-1100
Fax: 310-455-4178

📄 **Police Report _ 0624 _ Final.docx**
325K

---

**Steven Powers** <stevenmpowers@gmail.com>
To: Danny Fitzgerald <daafitz@yahoo.com>

Thu, Jun 24, 2021 at 4:22 PM

Please send any WhatsApp messages to my 424-786-9000 phone account. I do not have the other one. Thanks
[Quoted text hidden]

---

**Daniel S. Fitzgerald** <daafitz@yahoo.com>
Reply-To: "Daniel S. Fitzgerald" <daafitz@yahoo.com>
To: stevenmpowers@gmail.com

Thu, Jun 24, 2021 at 8:06 PM

Try to make your WhatsApp work so I can send you those nice videos we're making

Thank you,
Danny Fitzgerald
Email: daafitz@yahoo.com
Cell: (310) 430-9159
IG: @dannyhollywoodhomes
Website: www.dannyfitzgerald.com
[Quoted text hidden]

---

**Steven Powers** <stevenmpowers@gmail.com>
To: Danny Fitzgerald <daafitz@yahoo.com>

Fri, Jun 25, 2021 at 6:02 PM

Sent from my iPhone

On Jun 24, 2021, at 4:22 PM, Steven Powers <stevenmpowers@gmail.com> wrote:

[Quoted text hidden]

---

**Daniel S. Fitzgerald** <daafitz@yahoo.com>
Reply-To: "Daniel S. Fitzgerald" <daafitz@yahoo.com>
To: stevenmpowers@gmail.com

Fri, Jun 25, 2021 at 6:54 PM

Do you have any more good information or any evidence we can use to build this case better and to build this video better
Thank you,
Danny Fitzgerald
Email: daafitz@yahoo.com
Cell: (310) 430-9159
IG: @dannyhollywoodhomes
Website: www.dannyfitzgerald.com

On Fri, Jun 25, 2021 at 6:02 PM, Steven Powers
<stevenmpowers@gmail.com> wrote:
[Quoted text hidden]

---

**Steven Powers** <stevenmpowers@gmail.com>
To: "Daniel S. Fitzgerald" <daafitz@yahoo.com>

Tue, Jun 29, 2021 at 7:53 AM

I got that it looks great my FBI attorney said we need to present a claim to them only after we have a perfect file with affidavits and all the evidence in proper form so I am now getting all my affidavits done so I need to do one for you and Christie and I'll come down to your house to do that whenever is good for you when I finish this you can use the same format he told me if it's not done professionally they won't take it so when I come down we can work on how to do that

Sent from my iPhone

On Jun 25, 2021, at 6:54 PM, Daniel S. Fitzgerald <daafitz@yahoo.com> wrote:

[Quoted text hidden]

# Exhibit B
# Videos provided via thumb drive.

# Exhibit C



# Exhibit D

I will email you the FBI stuff and we can get together later

I was looking forward to hanging out with you I'm in town till Saturday I leave Saturday morning



8:52

< 41

+1 (310) 430-9159 >

Mon, Jul 12, 7:12 PM

When I send you this link

just press the button press the link it will come up



Let me send me the case on that guy that did the exact same thing like a gutzler and haba

Wed, Jul 14, 10:53 AM

What Avenatti did to get arrested for extortion to ask for 10 million or he would release damaging information which is the same thing here by releasing this damaging information that is not true unless we pay a lot of

  Text Message

# Exhibit E



# Exhibit F



Exhibit G

Just press the button press the link it will come up



Let me send me the case on that guy that did the exact same thing like a gutzler and haba

Wed, Jul 14, 10:53 AM

What Avenatti did to get arrested for extortion to ask for 10 million or he would release damaging information which is the same thing here by releasing this damaging information that is not true unless we pay a lot of

  Text Message



8:52

‹ 41

**+1 (310) 430-9159** ›

Wed, Jul 14, 10:53 AM

What Avenatti did to get arrested for extortion to ask for 10 million or he would release damaging information which is the same thing here by releasing this damaging information that is not true unless we pay a lot of money is the same kind of criminal act of extortionThe attorneys will say it's not a crime if it's in a lawsuit but

it was false information it was released to the public and it did damage our reputation so that is definitely extortion

Wed, Jul 14, 4:43 PM

Yes it does sound similar good analogy



8:52

<41

+1 (310) 430-9159 ›

Wed, Jul 14, 4:43 PM

Yes it does sound similar good analogy

good analogy

**Wed, Sep 8, 4:19 PM**

I never got that document you referred to on what's up so I'll send it again if you could

**Wed, Sep 8, 7:02 PM**



Take the blue number Google it and then read the 245 page document that took 5 years to prepare by

  Text Message 



8:52

‹ 41

+1 (310) 430-9159 ›

Wed, Sep 8, 7:02 PM



Take the blue number Google it and then read the 245 page document that took 5 years to prepare by the biggest a****** law firm ever

**Thu, Sep 9**, 7:15 AM

Did you read the document

Yes I did do you know if we can get a copy of peters response that would be very helpful



8:52

41

+1 (310) 430-9159 ›

Has Peter made a response yet or is the thing on stay because of the criminal proceedings I read that it is

proceedings I read that it is on stay

Thu, Sep 9, 2:42 PM

Oh that is amazing that they went to all of that work and trouble considering most of the girls Are paid. Peters response or summary judgment or motion to dismiss will be very interesting to read

Maybe they just Google it

I'll send you my response now to your email we made my response

Just sent it to you on email take a look



Text Message








Exhibit H



**8:52**

‹ 41

**+1 (310) 430-9159** ›

Wed, Jul 14, 10:53 AM

What Avenatti did to get arrested for extortion to ask for 10 million or he would release damaging information which is the same thing here by releasing this damaging information that is not true unless we pay a lot of money is the same kind of criminal act of extortionThe attorneys will say it's not a crime if it's in a lawsuit but it was false information it was released to the public and it did damage our reputation so that is definitely extortion

Wed, Jul 14, 4:43 PM

Yes it does sound similar good analogy

  Text Message 

