| | |
|---|---|
| **GOMEZ TRIAL ATTORNEYS**<br>JOHN H. GOMEZ (171485)<br>*jgomez@thegomezfirm.com*<br>DEBORAH S. DIXON (248965)<br>*ddixon@thegomezfirm.com*<br>655 W. Broadway Suite 1700<br>San Diego, California 92101<br>Telephone: (619) 237-3490<br>Facsimile: (619) 237-3496 | **THE HABA LAW FIRM, P.A.**<br>LISA D. HABA (*pro hac vice*)<br>*lisahaba@habalaw.com*<br>1220 Commerce Park Dr., Ste. 207<br>Longwood, Florida 32779<br>Telephone: (844) 422-2529 |

**DiCELLO LEVITT GUTZLER LLC**
GREG G. GUTZLER*
*ggutzler@dicellolevitt.com*
60 E. 42nd St., Suite 2400
New York, New York 10165
Telephone: (646) 933-1000

*Counsel for Plaintiffs*
*(\*Pro Hac Vice Application Pending)*
*Additional Counsel Listed on Signature Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JANE DOE NOS. 1-10,<br><br>       Plaintiffs,<br><br>   v.<br><br>DANIEL S. FITZGERALD,<br><br>       Defendant. | Case No: 2:20-cv-10713-MWF (RAOx)<br><br>**DECLARATION OF [JANE DOE NO. 2] IN SUPPORT OF MOTION FOR CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER**<br><br>Complaint Filed: 11/24/2020 |

I, Jane Doe No. 2, declare as follows:

1. I am Jane Doe No. 2 in this case.

2. I am over 18 years of age and I have personal knowledge of the facts set forth in this declaration and, if called on to do so, could and would testify competently to the same. I make this Declaration in support of Plaintiff's Motion for Contempt for Defendant's Violation of the Court's Order.

3. In November, 2021, I became aware of a video on You Tube that contained insulting and intimidating statements about me and other women. The video contained my lawyers' names, and contained photos and untrue and harassing commentary about me.

4. The video was posted on a YouTube channel called the Not Me Movement.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 19th day of November, 2021, at Colorado.

_____
ID vPKeqvQEyEu1seedc5tPvoRA
Jane Doe No. 2

---

1

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF JANE DOE NO. 2 IN SUPPORT OF PLAINTIFFS' MOTION FOR
CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY