| | |
|---|---|
| **GOMEZ TRIAL ATTORNEYS**<br>JOHN H. GOMEZ (171485)<br>*jgomez@thegomezfirm.com*<br>DEBORAH S. DIXON (248965)<br>*ddixon@thegomezfirm.com*<br>655 W. Broadway Suite 1700<br>San Diego, California 92101<br>Telephone: (619) 237-3490<br>Facsimile: (619) 237-3496 | **THE HABA LAW FIRM, P.A.**<br>LISA D. HABA (*pro hac vice*)<br>*lisahaba@habalaw.com*<br>1220 Commerce Park Dr., Ste. 207<br>Longwood, Florida 32779<br>Telephone: (844) 422-2529 |

**DiCELLO LEVITT GUTZLER LLC**
GREG G. GUTZLER*
*ggutzler@dicellolevitt.com*
60 E. 42nd St., Suite 2400
New York, New York 10165
Telephone: (646) 933-1000

*Counsel for Plaintiffs*
*(\*Pro Hac Vice Application Pending)*
*Additional Counsel Listed on Signature Page*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JANE DOE NOS. 1-10,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL S. FITZGERALD,<br><br>Defendant. | Case No: 2:20-cv-10713-MWF (RAOx)<br><br>**DECLARATION OF [JANE DOE NO. 5] IN SUPPORT OF MOTION FOR CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER**<br><br>Complaint Filed: 11/24/2020 |

I, Jane Doe No. 5, declare as follows:

1. I am Jane Doe No. 5 in this case.

2. I am over 18 years of age and I have personal knowledge of the facts set forth in this declaration and, if called on to do so, could and would testify competently to the same. I make this Declaration in support of Plaintiff's Motion for Contempt for Defendant's Violation of the Court's Order.

***Accusations By Defendant of Me Being a Drug Dealer, Prostitute, and Sex Trafficker Match the Accusations in the YouTube Video, Instagram Posts, and Mexican Flier***.

3. After Defendant knew I was a Plaintiff in this lawsuit, Defendant approached my family and me and made untrue and harassing statements.

4. I videotaped[1] Defendant as he made these statements about me while pointing his video camera phone directly at me. In front of my family and others, Defendant loudly and aggressively stated:

    a. "and she sells them drugs";

    b. "and she's a prostitute, and she is a madame; you are a madame";

    c. "you are a madame and a prostitute";

    d. "you are the sex trafficker."

5. Defendant's statements were nearly identical to the claims made about me in the July 12 YouTube video published on the Not Me Movement channel:

    a. "[Jane Doe No. 5] sold drugs to numerous people and many surfers. She attended Nygard's pamper parties and offered prostitutes and drugs like molly from Hawaii and cocaine to the guests." 13:50 mark of the video.

    b. "[Jane Doe No. 5] has working prostitutes all over the world. She is in charge in setting them up with rich people…." 4:19 mark of the video.

---

[1] Submitted to Court on Thumb Drive as Exhibit A. Defendant was videotaping himself making the statements and therefore, presumably has the same video.

1

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF JANE DOE NO. 5 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY

6. These claims in the YouTube video are similar to a voicemail message Defendant sent to an ex-girlfriend in which he states regarding me: "…This girl [Jane Doe No. 5] is very *evil* and she is trying to mess up my life and your life and we want to stop her so it'd be nice if you helped me. Ok? Help me stop this *witch* from doing what she is doing and just tell him the truth of all the things that she did and all the bullshit she said *and how in Bali she was trying to get you to be with people for money* and how in Canada…"

7. I have personally listened to this voicemail, I am able to identify the Defendant's voice, and I recognize the voice of the speaker to be Defendant.

8. Defendant Fitzgerald has been distributing harassing and upsetting things about me in Cabo San Lucas, Mexico, including handing out fliers with my name, photo, and untrue and intimidating information.

9. The flier[2] refers readers to the "Not Me Movement YouTube Channel where the intimidating videos about me, other Jane Does, and my attorneys were posted.

10. The flier also refers to me as "evil" and a "fraud."

**Specific References to the Shipwreck Spot are Fairly Traceable to Defendant**.

11. I moved to Cabo, which was only told to a handful of friends and associates – Defendant was one of these people.

12. Defendant Fitzgerald is an avid surfer and spends significant time surfing at a remote spot called "Shipwreck Spot" in Cabo San Lucas, Mexico.

13. I am also an avid surfer, frequently surf near this location, and have seen Defendant there many times.

14. Defendant frequently posts on his Instagram profile specifically about his visits to the "Shipwreck Spot:"
    a. https://www.instagram.com/p/CPYvZTVhScS/
    b. https://www.instagram.com/p/BkRc0N4gh4C/?hl=en
    c. https://www.instagram.com/p/B0_p35HAJPs/

---

[2] Attached hereto as Exhibit B.

2

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF JANE DOE NO. 5 IN SUPPORT OF PLAINTIFFS' MOTION FOR
CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY

       d. https://www.instagram.com/p/B0kWnylgzmY/

15. In the original YouTube video from July 13, the following untruth is said about me: "[Jane Doe No. 5] has moved her criminal empire to Mexico, San Jose del Cabo where she will be selling drugs and prostitutes to surfers at the **Shipwreck Spot** and anyone she can make a dime off."

16. When I viewed the YouTube video and the flier (see paragraph 8 above), it reminded me of the language Defendant used in this voicemail, specifically his references to me being "evil" and being a "prostitute" and being a "witch."

       a. YouTube video at 4:19 "[Jane Doe No. 5] has working prostitutes all over the world. She is in charge in setting them up with rich people, at first for money and later using them for creating false accusations of rape or sexual assault with the crooked Gutzler or Haba Law firms."

       b. YouTube video at 7:00 (referring to another Jane Doe): "[Jane Doe] is another evil prostitute."

       c. YouTube video at 6:45 – referring to witchcraft.

17. In another conversation with Defendant, he repeatedly used the term "crooked." His emphasis on this word struck me as I watched the YouTube video: "The FBI doesn't mean nothing. It's just a police force. And they're more **crooked** than anybody… It's just a police force. That's it. Yea and they're nothing. You know how many times I've been talked to by the FBI and investigated by the FBI.… You think I'm afraid of the FBI? They're nothing. I'll hire a lawyer that's ten times better than them. They're nothing - the FBI. Don't be afraid of them. Never talk to them. Just say nothing to them. They are nothing but like a **crooked** police force. They've always been **crooked**. There's so many movies about the **crooked** FBI…"

18. There are multiple uses of "crooked" in the YouTube video:

3

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-CV-10713
DECLARATION OF JANE DOE NO. 5 IN SUPPORT OF PLAINTIFFS' MOTION FOR
CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY

    a. "She is in charge in setting them up with rich people, at first for money and later using them for creating false accusations of rape or sexual assault with the **crooked** Gutzler or Haba Law firms."

    b. YouTube video at 7:59: "These three women and many others are working for the **crooked** Dicello Dicello Levitt Gutzler and Haba law firms financed by a mobster, a **crooked** horrible man who has many allegations of murder."

    c. "Bacon is bribing women to join his case against Nygaard, paying them to lie and testify to the FBI with false legal scripts made by his **crooked** associates from the DiCello Levitt Gutzler group and Haba law firm."

### *Defendant Discusses Social Media Campaign Related to Me.*

19. In paragraph 13 of his Declaration, Defendant states that, after August 13, 2020, I "waged a public campaign to defame" him and that I posted a number of defamatory videos about Defendant to my social media.

20. In the first YouTube video, this claim was made against me: "[Jane Doe No. 5's] biggest weapon is her social media. She uses it to attack and defame innocent people. It is a shame how many lives she has ruined."

### *Defendant's Friendship with Nygard and Bacon Conspiracy Allegation.*

21. The November 9 YouTube video contains a substantial number of claims regarding a "Louis Bacon conspiracy."

22. In a conversation with Defendant, he said to me regarding the Peter Nygard lawsuit: "There's a lawsuit against Peter from his employees, and Bacon put it together."

23. In another phone call with Defendant, he said this regarding Peter Nygard: "He's my friend Ok? And I'll help my friend out and I'll testify for him. That's what friends do. He's taken me around the world in his jet and has invited me to parties. I've played poker at his house. For thirty years, ok?"

4

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF JANE DOE NO. 5 IN SUPPORT OF PLAINTIFFS' MOTION FOR
CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY

1
2   I declare under penalty of perjury under the laws of the State of California,
3   that the foregoing is true and correct.  Executed this 19th day of November, 2021, in
4   Sinaloa, Mexico.
5
6
7                                                    *Jane Doe No. 5*
    ID cr9gAt8BrinWQp6K17ud87gv
    _____
    Jane Doe No. 5
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28