**GOMEZ TRIAL ATTORNEYS**
JOHN H. GOMEZ (171485)
jgomez@thegomezfirm.com
DEBORAH S. DIXON (248965)
ddixon@thegomezfirm.com
655 W. Broadway Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

**DiCELLO LEVITT GUTZLER LLC**
GREG G. GUTZLER*
ggutzler@dicellolevitt.com
60 E. 42nd St., Suite 2400
New York, New York 10165
Telephone: (646) 933-1000

**THE HABA LAW FIRM, P.A.**
LISA D. HABA (*pro hac vice*)
lisahaba@habalaw.com
1220 Commerce Park Dr., Ste. 207
Longwood, Florida 32779
Telephone: (844) 422-2529

*Counsel for Plaintiffs*
(*Pro Hac Vice Application Pending)
Additional Counsel Listed on Signature Page

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JANE DOE NOS. 1-10,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL S. FITZGERALD,<br><br>Defendant. | Case No: 2:20-cv-10713-MWF (RAOx)<br><br>**DECLARATION OF JANE DOE NO. 6 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER**<br><br>Complaint Filed: 11/24/2020 |

I, Jane Doe No. 6, declare as follows:

---

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF JANE DOE NO. 6 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER

1.     I am Jane Doe No. 6 in this case. I have personal knowledge of the facts set forth in this declaration.

2.     I rented a room in Defendant's home from April 2020-February 2021. I paid $2,000 per month for rent.

### *Witchcraft, Satanism, and Devil Worshipping*

3.     At 6:45 of the July YouTube video, it was stated: "[Jane Doe No. 4] and [Jane Doe No. 6] were caught numerous times doing witchcraft and satanism which is devil worshipping."

4.     I have never engaged in "witchcraft," "satanism," or "devil worshipping."

5.     It is relevant to state that my friends, family, colleagues, and acquaintances know that my religious faith is, and always has been, Catholicism.

6.     Jane Doe No. 4 and I had a connection through Danny Fitzgerald, and his friend, Steven Powers. Below is an Instagram post from Defendant showing Victorino Noval, Steven Powers, Peter Nygard, Danny Fitzgerald.



1

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF JANE DOE NO. 6 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER

7. I had a unique experience involving Jane Doe No. 4 and Danny Fitzgerald and it relates specifically to the YouTube video making claims about witchcraft.

8. Upon meeting Jane Doe No. 4, I learned that Jane Doe No. 4's grandmother subscribed to certain Afro Cuban religious traditions (none of which, from my understanding, involved satanism, witchcraft, or devil worshipping).

9. However, Danny Fitzgerald and his girlfriend appear to have misunderstood Jane Doe No. 4's family's religious traditions and referred to it as "witchcraft."

10. Below is a screenshot of a text message between Danny Fitzgerald's current "girlfriend," Christy, and me regarding Jane Doe No. 4. In the text thread, Christy specifically references one of Danny Fitzgerald's other girlfriends snooping through Jane Doe No. 4's possessions and claiming to have found "witchcraft" and "devil" items (the "he" referenced in the below text message is Danny Fitzgerald; the "snooping woman" is a long-time girlfriend of Danny's named Sophia Pena).

2

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-CV-10713
DECLARATION OF JANE DOE NO. 6 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER



*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF JANE DOE NO. 6 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER

11. Other than Danny Fitzgerald and his "girlfriends," Sophia and Christy, I am not aware of anyone else ever referring, in any way, to Jane Doe No. 4 or me as being affiliated with or connected with "witchcraft" or the "devil."

12. Because I have been a known Catholic all of my life, I don't know of a single person in the world that would ever suggest, or have reason to believe, or have any notion to make up the wild accusation that I have ever engaged in "witchcraft" or "devil worshipping" (because I certainly have not).

13. The experience, shown by the text screenshot above, with Defendant Danny Fitzgerald is the only mention of "witchcraft" or "devil worshipping" in relation to another person that I have ever experienced.

14. Based on my entire life experience, the reference to "witchcraft" and "devil worshipping" is a singularly unique experience in my life and it is limited to Defendant Danny Fitzgerald.

***The YouTube Videos and Social Media Posts Contain Unique Images and Statements Traceable Uniquely to Defendant***.

15. In the same YouTube video, there were other references and images that, from my experience, are uniquely traceable back to Defendant Danny Fitzgerald because I know of no one else in the world that would have access to this ***EXACT*** specific combination of personal items:

    a. **The nature and subject matter of the photos** - Private photos taken by Danny Fitzgerald that had not been made public anywhere. In fact, I had not even seen some of the photos before, but recognize that Defendant was the one who took the photo. Using these photos, Defendant and his cohorts have gone to great lengths to try to recreate and manufacture a false and inaccurate online personality for me. For example, in the YouTube video, there are several photos of me that I had never seen before and were taken by Defendant.

4

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF JANE DOE NO. 6 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER

|   |   |
|---|---|
| 1 | The photos were taken at Victorino Noval's home during his 2019 |
| 2 | Christmas party (all women were asked to wear red dresses to the |
| 3 | party). The photos that appeared in the YouTube video included: a |
| 4 | photo of me at a grand piano, a photo of me outside with the "Villa |
| 5 | Noval" red rug. Again, I never received those photos from |
| 6 | Defendant and only saw them for the first time in the YouTube |
| 7 | video. The same holds true for other photos of me that were included |
| 8 | in the YouTube video: a photo of me taken at a different event at |
| 9 | Victorino Noval's home in which I am wearing an orange dress |
| 10 | (Victorino Noval has his arm around me in the photo, but he was |
| 11 | cropped out of the picture for the YouTube video); a photo of me |
| 12 | taken at Defendant's home in which I am wearing sunglasses and a |
| 13 | bikini. Additionally, there is another photo of me taken at the |
| 14 | rooftop of Defendant's home. I took the photo and shared it with |
| 15 | Victorino Noval with the express restriction that he not share it with |
| 16 | anyone. |

b. **The location where the unique and personal photos were taken**- Every single photo was either taken at Danny Fitzgerald's homes or the home of his close friend, Victorino Noval, when Danny was present. In the 2019 Instagram Post by Defendant Danny Fitzgerald (pictured below,) Danny and Peter Nygard are pictured attending Victorino Noval's birthday party dinner and Defendant identifies himself and Peter Nygard as two of Victorino Noval's closest friends.

5

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-CV-10713
DECLARATION OF JANE DOE NO. 6 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER



**dannyhollywoodhomes** Best birthday Beverly Hills Style 90210 Victorino sit-down dinner for 25 of his closest friends send 300 beautiful people... more

3,245 likes

View all 128 comments

October 15, 2019

6

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DECLARATION OF JANE DOE NO. 6 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER

***Elderly Endangerment, Extortion, Credit Card Fraud***

16. At the 9:10 mark of the same YouTube video, it is stated: "What these girls are doing is elderly endangerment, extortion, credit card fraud."

17. I have never committed credit card fraud, but was accused by Danny Fitzgerald, his girlfriend, Cristy, Phillip Lamond, and Steven Powers of doing so (all relating to the alleged identical incident, not separate incidents).

18. I have never been accused of credit card fraud except in connection with the alleged incident where those people wrongly accused me.

19. When the video discussed "elderly endangerment" and "extortion," it showed an image of Steven Powers, a friend of Danny Fitzgerald's.

20. Before renting a room from Danny Fitzgerald, I lived in Steven Powers' home where my job was to provide internet consulting and graphic design services to try to help Mr. Powers with his stem cell interests and activities.

21. Mr. Powers sexually assaulted me during my time there and I brought an action to vindicate my rights.

22. In return, Mr. Powers and Mr. Fitzgerald accused me of extortion and preying on older men. That is an untrue statement, but it echoes what it is stated at the 7:00 mark of the YouTube video: "[Jane Doe No. 6] is another evil prostitute that has done many illegal and wrongful actions against innocent people. She sleeps for money with very wealthy old men." The video also states that I, Jane Doe No. 6 "slept with a little old man" and showed another image of Steven Powers.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed this 16 day of November, 2021, at Los Angeles, California.

*Jane Doe 6*
_____
Jane Doe No. 6

7

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-CV-10713
DECLARATION OF JANE DOE NO. 6 IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT
FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER