BRANDON TAKAHASHI (SBN 248883)
btakahashi@tallbridgelegal.com
**TALLBRIDGE LEGAL, P.C.**
4223 Glencoe Ave, Ste A220,
Marina del Rey, CA 90292-5671
Telephone: (323) 741-6500

ERNEST EDWARD BADWAY
EBadway@FoxRothschild.com
(Application for *pro hac vice*
admission forthcoming)
**FOX ROTHSCHILD LLP**
101 Park Ave., 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940

Attorneys for Defendant,
DANIEL S. FITZGERALD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1-10,<br><br>  Plaintiffs,<br><br> vs.<br><br>DANIEL S. FITZGERALD,<br><br>  Defendant. | Case No. 2:20-cv-10713-MWF (RAO)<br><br>Honorable Michael W. Fitzgerald<br><br>**DEFENDANT'S EX PARTE APPLICATION TO CONTINUE TIME FOR RESPONSES TO MOTION TO DISMISS SECOND AMENDED COMPLAINT, MOTION FOR RECONSIDERATION, AND MOTION FOR CONTEMPT**<br><br>Complaint Filed: November 24, 2020<br>Trial Date: None Set |

Defendant respectfully files this *ex parte* application requesting that the Court continue the time to put in his opposition and/or replies to the three pending motions—Defendant's motion to dismiss the Second Amended Complaint, Defendant's motion for reconsideration, and Plaintiffs' motion for contempt.

Due to an error in calculating and calendaring the deadlines for the motions from the filing date as opposed to the hearing date, Defendant has worked toward filing all responses and evidentiary material on December 10, 2021.  Moreover, Defendant is still in the process of gathering declarations and other evidence from third parties, that was delayed by the intervening holiday and coordinating with parties from out of the state and country.  The evidence from third parties is particularly critical for a fulsome response to all of the motions, and, in particular, to the Plaintiff's motion for contempt.  Although we believed in error that we had until December 10, 2021, we still can make the filings by that day.

On December 6, 2021, the Court entered a scheduling order consolidating the hearing on these motions. Defendant agrees that the motions can and should be heard at the same time.  Therefore, Defendant respectfully requests that the Court continue only the time for the parties to make their responses.  Defendant would make its responses to all 3 motions by December 10, 2021 or such time as is convenient for the Court.  Of course, Defendant would not object to the Court changing the date of the hearing if that would be more practible.

Dated:  December 6, 2021           /s/ Ernest Edward Badway
                                   ERNEST EDWARD BADWAY
                                   FOX ROTHSCHILD LLP
                                   Attorneys for Defendant