UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-10713-MWF (RAOx)** | | Dated: **December 20, 2021** |
| Title: | Jane Doe No. 1, et al. v. Daniel S. Fitzgerald | | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Deborah S. Dixon | Ernest Badway |
| Lisa D. Haba | Jeff Whitley |
| Greg Gutzler | |
| F. Franklin Amanat | |

**PROCEEDINGS:**   **VTC MOTION FOR RECONSIDERATION RE PRELIMINARY INJUNCTION [76]; DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT AND FOR MORE DEFINITE STATEMENT [81]; PLAINTIFFS' MOTION FOR CONTEMPT FOR DEFENDANT'S VIOLATION OF THE COURT'S PRELIMINARY INJUNCTION ORDER [89]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                               1:10 min