# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1-10,<br><br>    Plaintiffs,<br><br>  vs.<br><br>DANIEL S. FITZGERALD,<br><br>    Defendant. | Case No. CV 20-10713-MWF (RAOx)<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO FILE UNDER SEAL THE DECLARATION OF JANE ROE AND EXHIBITS D AND E THERETO**<br><br>Complaint Filed: November 24, 2020<br>Trial Date: None Set |

127747873.1

For good cause shown, Defendant's Application to File Under Seal the Declaration of Jane Roe and Exhibits D and E thereto is GRANTED, and the Clerk of Court is directed to allow the following documents, or portions thereof, to be filed under seal:

The Declaration of Jane Roe in Support of Defendant's Reply in Support of Defendant's Motion for Preliminary Injunction and Exhibits D and E thereto.

IT IS SO ORDERED.

Dated:  January 19, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge