UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-10713-MWF-RAO | Date | January 31, 2022 |
|---|---|---|---|
| Title | Jane Doe No. 1 et al v. Daniel S. Fitzgerald | | |

| Present: The Honorable | MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Deborah S. Dixon | Ernest Badway |
| Lisa Haba | Jeff Whitley |
| Greg Gutzler | Brandon Takhashi |

**Proceedings:**        VTC MOTION FOR PRELIMINARY INJUNCTION [122]

The Court's tentative ruling is issued, prior to the hearing.

Case called, and counsel make their appearance.  The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

|  | : | 38 |
|---|---|---|
| Initials of Preparer | PG | |