BRANDON TAKAHASHI (SBN 248883)
btakahashi@tallbridgelegal.com
**TALLBRIDGE LEGAL, P.C.**
4223 Glencoe Ave, Ste A220,
Marina del Rey, CA 90292-5671
Telephone: (323-741-6500)

ERNEST EDWARD BADWAY
EBadway@FoxRothschild.com
(Application for *pro hac vice*
admission forthcoming)
**FOX ROTHSCHILD LLP**
101 Park Ave., 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940

Attorneys for Defendant,
DANIEL S. FITZGERALD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE NOS. 1-10,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>DANIEL S. FITZGERALD,<br><br>　　　Defendant. | Case No. 2:20-cv-10713-MWF (RAOx)<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER STAYING ORDER [DOC. 143] RE: DEFENDANT'S APPLICATION TO FILE EXHIBITS 1, 3, 4, AND 5 TO DECLARATION OF ERNEST BADWAY PARTIALLY UNDER SEAL**<br><br><br>Complaint Filed:　November 24, 2020<br>Trial Date:　　　None Set |

ORDER

130329273.2

# ORDER

On December 7, 2021, Defendant sought leave of Court to file certain documents partially under seal and requesting that for certain witnesses to proceed under pseudonyms in this action ("Application"). (Docket No. 108).  On December 8, 2021, the Court temporarily granted the Application to assess the merits of the Application in light of Defendant's accompanying motion for preliminary injunction, noting that the "bell can't be unrung" if the Court prematurely ruled on the Application, (Docket No. 113).  The Court continued its decision on the Application so it could properly consider the facts alleged by both parties (Docket No. 129).

The Court held a telephonic hearing on January 31, 2022 regarding Defendant's motion for preliminary injunction, and, at that time, indicated that the Court intended to deny the Application in part.  At that time, Defendant's counsel indicated an intent to seek relief from the Ninth Circuit to the extent the Application was denied.  The Court invited Defendant and/or his witnesses to submit and order staying the forthcoming order

On February 2, 2022, the Court granted in part and denied in part the Application ("Disclosure Order"). (Docket No. 143).  The Application was granted as to redacting the names of the Jane Doe Plaintiffs, but denied with respect to permitting two witnesses, Jane Roe and John Doe, to proceed under pseudonyms.

Defendant's counsel submitted a proposed order staying the effect of Disclosure Order to allow for appellate review of the Disclosure Order.  For good cause shown, the Court will stay the operation and effect of Disclosure Order while Defendant seeks appellate review.  In the event Defendant does not seek appellate review by March 8, 2022, the Disclosure Order will go into effect in full.

///

///

130329273.2

IT IS HEREBY ORDERED that the Court's Order granting in part and denying in part the Application is STAYED until further Order of the Court.

Dated: February 10, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

130329273.2