1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JANE DOE NOS. 1-3, | Case No: 2:20-cv-10713-MWF (RAOx) |
| Plaintiffs, | |
| v. | **ORDER GRANTING JOINT STIPULATION REGARDING HEARING AND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT (ECF NO. 145)** |
| DANIEL S. FITZGERALD, | |
| Defendant. | |
| | Complaint Filed: 11/24/2020 |

1     Having considered the Parties' Joint Stipulation (Docket No. 149) Regarding
2 Hearing and Briefing Schedule for Defendant's Motion to Dismiss Third Amended
3 Complaint (the "MTD." Docket No. 145),
4     IT IS HEREBY ORDERED THAT:
5     1.  Plaintiffs' Opposition to Defendant's MTD is due March 7, 2022;
6     2.  Defendant's Reply in support of his MTD is due March 21, 2022;
7     3.  The hearing on Defendant's MTD is CONTINUED to April 4, 2022 at
8         10:00 a.m.
9
10 Dated:  February 14, 2022                        _____
11                                                  MICHAEL W. FITZGERALD
12                                                  United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Jane Doe Nos. 1-3 v. Daniel S. Fitzgerald*, Case No. 2:20-CV-10713
ORDER GRANTING JOINT STIPULATION REGARDING HEARING AND BRIEFING SCHEDULE FOR
DEFENDANT'S MOTION TO DISMISS THIRD AMENDED COMPLAINT