UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 20-10713-MWF (RAOx)   **Date:**  March 17, 2022
**Title:**   Jane Doe No. 1 et al v. Daniel S. Fitzgerald

**Present:**   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:                       Court Reporter:
Rita Sanchez                        Not Reported

Attorneys Present for Plaintiff:    Attorneys Present for Defendant:
None Present                        None Present

**Proceedings (In Chambers):**   ORDER RE: RELEASE OF AUDIO EXHIBITS A-C [157]

On December 16, 2021, Defendant filed a Motion for Preliminary Injunction. (Docket No. 122). In support of his Reply brief, Defendant included the Declaration of Jane Roe with five attachments, labeled Exhibits A – E.

Defendant moved under Local Rule 79-5 to seal Exhibits D and E but did not move to seal Exhibits A – C (the "Application" (Docket No. 133)). As a basis for the Application, Defendant asserted that Exhibits D and E identified Jane Doe No. 2, and this Court previously ordered that Jane Doe No. 2 may proceed under a pseudonym. (Order Re: Plaintiffs' Motion for a Protective Order (Docket No. 67)). Plaintiffs did not oppose the Application.

Unlike Exhibits D and E, Exhibits A – C were lodged with the Court because the Exhibits are media files that contain audio recordings. The Court received a public request to release Exhibits A – C, but before doing so, the Court invited the parties to file a joint statement to advise the Court whether a party objects to the audio recordings being publicly available. (Docket No. 154).

In the joint statement, the parties agree that Exhibits A – C are each recordings of phone calls initiated by Plaintiff Jane Doe No. 2, but the parties dispute the nature of the conversations and with whom exactly Doe No. 2 was speaking on the calls. (Docket No. 157). Specifically, Plaintiffs contend that Doe No. 2 was speaking with an attorney in each recording. Therefore, it is Plaintiffs' position that the

---

**CIVIL MINUTES—GENERAL**                                          1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  CV 20-10713-MWF (RAOx)                **Date:**  March 17, 2022
**Title:**    Jane Doe No. 1 et al v. Daniel S. Fitzgerald

communications are protected by the attorney-client privilege and Exhibits A – C should be sealed.  Defendant contends that none of the calls were privileged, either because the privilege was waived or because Doe No. 2 was not speaking with a lawyer.

Plaintiffs are **ORDERED TO SHOW CAUSE by March 23, 2022**, why Exhibits A – C are privileged communications that should be sealed.  This includes positively identifying *any* speakers on the phone calls and properly defining the spousal relationship with Jane Roe, if applicable.  Plaintiffs' response should not address whether the recordings could possibly identify Doe No. 2 in violation of the Court's protective order.  If needed, the Court will address that issue after determining whether the communications are privileged.

Defendant may file an optional Reply by **March 30, 2022**.

Exhibits A – C will be temporarily sealed until the Court determines whether the communications are privileged.

IT IS SO ORDERED.