UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JANE DOE NOS. 1-3,<br><br>    Plaintiffs,<br><br>  v.<br><br>DANIEL S. FITZGERALD,<br><br>    Defendant. | Case No: 2:20-cv-10713-MWF (RAOx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING PLAINTIFFS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE ISSUED MARCH 17, 2022**<br><br><br>Complaint Filed: 11/24/2020 |

Having considered the Parties' Joint Stipulation Regarding Plaintiffs' Response to Court's Order to Show Cause Issued March 17, 2022,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' response to the Court's OSC is due March 28, 2022;
2. Defendant may file his optional reply by April 4, 2022.

Dated:  March 24, 2022

_____
Honorable Michael W. Fitzgerald
United States District Judge

1

*Jane Doe Nos. 1-3 v. Daniel S. Fitzgerald*, Case No. 2:20-CV-10713
[PROPOSED] ORDER RE JOINT STIPULATION RE PLAINTIFFS' RESPONSE TO OSC