Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Plaintiff,
Jane Doe No. 5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

| | |
|---|---|
| JANE DOE NOS. 1-10,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL S. FITZGERALD,<br><br>    Defendant. | Case No. 2:20-CV-10713-MWF (RAOx)<br><br>**JANE DOE NO. 5's EMERGENCY *EX PARTE* MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIM**<br><br>*The Honorable Michael W. Fitzgerald*<br><br>Counterclaim Filed: July 11, 2022 |

Plaintiff Jane Doe No. 5 ("Plaintiff") hereby files her emergency *ex parte* motion for an extension of time to file her response to Defendant Daniel S.

Fitzgerald's Counterclaim (Docket No. 181). Specifically, Plaintiff asks the Court for a 30-day extension of time to respond to Defendant's Counterclaim.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Fitzgerald filed his Counterclaim on July 11, 2022. The current deadline to respond to the Counterclaim is August 31, 2022.

While Jane Doe No. 5 currently has legal counsel, the Counterclaim primarily asserts claims for defamation, and Jane Doe No. 5 wished to retain counsel who specialized in representing defamation defendants. On the evening of August 24, 2022, Plaintiff retained Randazza Legal Group, PLLC, a firm with significant experience in defamation defense, as counsel to represent her in this matter.

Given that the deadline to respond to the Counterclaim is so close, the undersigned counsel requires additional time to thoroughly analyze the Counterclaim, determine what defenses are available to Jane Doe No. 5, and determine what motions, if any, to file in response to the Counterclaim. An extension of 30 days, to September 30, 2022, will provide Jane Doe No. 5's new counsel to perform this work and file a response.

Plaintiff's newly retained counsel requested an extension from Defendant's counsel via electronic mail on August 25, 2022, but Defendant's counsel denied this request. (*See* August 25, 2022 email exchange, attached as **Exhibit 1**.) As

1  Defendant's counsel are unwilling to consent to the requested extension, Plaintiff
2  regrettably has no choice but to seek this relief before the Court on an emergency
3  basis. Emergency *ex parte* relief is necessary here because the deadline for Plaintiff
4  to file her response to Defendant's Counterclaim will expire well before this Motion
5  is resolved if it is heard in the ordinary course. As Plaintiff's new counsel were only
6  retained yesterday, there was no opportunity to seek this relief earlier.

7  For the foregoing reasons, the Court should grant Plaintiff's emergency
8  request for an extension of time to respond to Defendant's Counterclaim and extend
9  her deadline to respond to the Counterclaim by thirty days, to September 30, 2022.

10  As required under L.R. 7-19, counsel of record for Defendant Daniel S.
11  Fitzgerald are:

| ERNEST EDWARD BADWAY<br>EBadway@FoxRothschild.com<br>(admitted pro hac vice)<br>FOX ROTHSCHILD LLP<br>101 Park Ave., 17th Floor<br>New York, NY 10178<br>Telephone: (212) 878-7900 | BRANDON TAKAHASHI<br>btakahashi@tallbridgelegal.com<br>TALLBRIDGE LEGAL, P.C.<br>4223 Glencoe Ave, Ste A220<br>Marina del Rey, CA 90292-5671<br>Telephone: (323-741-6500 |
|---|---|

- 3 -
Memorandum in Support of Jane Doe No. 5's Emergency *Ex Parte* Motion for
an Extension of Time
2:20-CV-10713-MWF (RAOx)

Dated: August 25, 2022.

Respectfully Submitted,

/s/ Marc J. Randazza
Marc J. Randazza, NV Bar No. 12265
Alex J. Shepard, NV Bar No. 13582
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117

Attorneys for Plaintiff,
Jane Doe No. 5

Case No. 2:20-CV-10713-MWF (RAOx)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Marc J. Randazza
Randazza Legal Group, PLLC

- 5 -
Memorandum in Support of Jane Doe No. 5's Emergency *Ex Parte* Motion for an Extension of Time
2:20-CV-10713-MWF (RAOx)