# EXHIBIT 1

August 25, 2022 Email Exchange

8/25/22, 5:34 PM  Randazza Legal Group Mail - Doe v. Fitzgerald, No. 2:20-cv-10713 | Request for Extension of Time to File Jane Doe 5 Response to Counterclaim

Case 2:20-cv-10713-MWF-RAO Document 192-1 Filed 08/25/22 Page 2 of 4 Page ID #:2829



Brittani Holt <bmh@randazza.com>

## Doe v. Fitzgerald, No. 2:20-cv-10713 | Request for Extension of Time to File Jane Doe 5 Response to Counterclaim

5 messages

---

**Alex Shepard** <ajs@randazza.com>  Thu, Aug 25, 2022 at 1:15 PM
To: ebadway@foxrothschild.com
Cc: btakahashi@tallbridgelegal.com, Marc Randazza <mjr@randazza.com>, "Marc J.Randazza" <staff@randazza.com>

Hello, Attorneys Badway and Takahashi,

Our law firm has recently been retained by Jane Doe 5 in the above case in the Central District of California. Right now, Jane Doe 5's deadline to respond to your client's counterclaim is next Wednesday, August 31. We are still familiarizing ourselves with the file and will need additional time to prepare a response to the counterclaim. Would you be willing to stipulate to an extension of 30 days for Jane Doe 5 to file her response?

If you would like to have a call to discuss the request (or just for some introductions), I am generally available for the rest of today and all of tomorrow.

Sincerely,
-Alex Shepard

--

**Alex James Shepard**\* | **Randazza Legal Group, PLLC**
2764 Lake Sahara Drive | Suite 109 | Las Vegas, NV 89117
Tel: 702-420-2001 | Email: ajs@randazza.com

_____

\* Licensed to practice law in California and Nevada

---

**Badway, Ernest E.** <EBadway@foxrothschild.com>  Thu, Aug 25, 2022 at 1:39 PM
To: Alex Shepard <ajs@randazza.com>
Cc: "btakahashi@tallbridgelegal.com" <btakahashi@tallbridgelegal.com>, Marc Randazza <mjr@randazza.com>, "Marc J.Randazza" <staff@randazza.com>

Counsel:

More than happy to make introductions, and discuss the case, but we had informed prior counsel that we would not grant any additional extensions.

**Ernest E. Badway**

Fox Rothschild LLP

212-878-7986  (NY)

8/25/22, 5:34 PM Randazza Legal Group Mail - Roe v. Fitzgerald, No. 2:20-cv-9071-SJ Request for Extension of Time to file Jane Doe 5 Response to Counterclaim

Case 2:20-cv-10713-MWF-RAO Document 192-1 Filed 08/25/22 Page 3 of 4 Page ID #:2830

973-994-7530 (NJ)

201-724-0665 (Cellphone)

Twitter: @ebadway

Blog: http://securitiescompliancesentinel.foxrothschild.com/

[Quoted text hidden]

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

**Marc Randazza** <mjr@randazza.com>  Thu, Aug 25, 2022 at 1:46 PM
To: "Badway, Ernest E." <EBadway@foxrothschild.com>
Cc: Alex Shepard <ajs@randazza.com>, "btakahashi@tallbridgelegal.com" <btakahashi@tallbridgelegal.com>, "Marc J.Randazza" <staff@randazza.com>

Mr. Badway,

If you had a negative relationship with prior counsel, I would hope that the negativity would not carry over to us.   We don't work for them, they don't work for us.

I can imagine that perhaps there was tension or whatnot there.  But, we're new here.  If you're going to make us file a motion for an extension after being retained last night, we will do so.  I can't imagine the court won't grant it.

We'll start drafting it now.  But, I have some glimmer of hope that before we finish it, you'll reconsider.   And of course, in the future when you need an extension, we'll remember this and extend the same courtesies.

[Quoted text hidden]
--

———————————————————————

**Marc John Randazza, JD, MAMC, LLM**\* | **Randazza Legal Group**

2764 Lake Sahara Drive, Suite 109, Las Vegas, NV 89117
30 Western Avenue, Gloucester, MA 01930
2 S Biscayne Boulevard, Suite 2680, Miami, FL 33131
Tel: 702-420-2001 | Email: mjr@randazza.com
Firm Offices - Las Vegas | Miami | New England

———————————————————————

\* Licensed to practice law in Arizona, California, Florida, Massachusetts, and Nevada.

---

**Badway, Ernest E.** <EBadway@foxrothschild.com>  Thu, Aug 25, 2022 at 2:07 PM
To: Marc Randazza <mjr@randazza.com>
Cc: Alex Shepard <ajs@randazza.com>, "btakahashi@tallbridgelegal.com" <btakahashi@tallbridgelegal.com>, "Marc J.Randazza" <staff@randazza.com>

I am sorry you feel it has to do with some tension with prior counsel.  However, it has to do with the misrepresentations made in your name to obtain the last last-minute extension.  That is, when we were contacted about an extension nearly a month ago, indicating your client was

8/25/22, 5:34 PM                Randazza Legal Group Mail - Roe v. Fitzgerald, No. 2:20-cv-10713-1 Request for Extension of Time to File Jane Doe 5 Response to Counterclaim

Case 2:20-cv-10713-MWF-RAO Document 192-1 Filed 08/25/22 Page 4 of 4 Page ID
#:2831

going to retain you, it was represented to us as coming from you that it could not be accomplished because you were on vacation. We granted the 30-day extension, and said to convey we would not grant any other extensions. Now, you come to us and tell us you were retained last night. I am sorry "fool me once, shame on you, fool me twice, shame on me." Moreover, as for your threats concerning future objections to extensions, we view each request in a silo, and the denial of this extension does not affect another. However, if you choose to operate in said manner, we will also remember your threat and provide the same courtesies when you need another extension.

Nonetheless, we understand your client may now have a different agenda than her previous position. If so, we would welcome the opportunity to have that discussion. Please advise.

**Ernest E. Badway**

Fox Rothschild LLP

212-878-7986 (NY)

973-994-7530 (NJ)

201-724-0665 (Cellphone)

Twitter: @ebadway

Blog: http://securitiescompliancesentinel.foxrothschild.com/

[Quoted text hidden]
[Quoted text hidden]

---

**Marc Randazza** <mjr@randazza.com>                                            Thu, Aug 25, 2022 at 2:16 PM
To: "Badway, Ernest E." <EBadway@foxrothschild.com>
Cc: Alex Shepard <ajs@randazza.com>, "btakahashi@tallbridgelegal.com" <btakahashi@tallbridgelegal.com>, "Marc J.Randazza" <staff@randazza.com>

I wasn't part of that discussion. If you'd like to see our docusign receipt to prove that we did not come to terms until last night, I'm comfortable showing you that.
[Quoted text hidden]