| | |
|---|---|
| **GOMEZ TRIAL ATTORNEYS**<br>JOHN H. GOMEZ (171485)<br>*jgomez@thegomezfirm.com*<br>DEBORAH S. DIXON (248965)<br>*ddixon@thegomezfirm.com*<br>655 W. Broadway Suite 1700<br>San Diego, California 92101<br>Telephone: (619) 237-3490<br>Facsimile: (619) 237-3496 | **THE HABA LAW FIRM, P.A.**<br>LISA D. HABA (*pro hac vice*)<br>*lisahaba@habalaw.com*<br>1220 Commerce Park Dr., Ste. 207<br>Longwood, Florida 32779<br>Telephone: (844) 422-2529 |

**DiCELLO LEVITT GUTZLER LLC**
GREG G. GUTZLER (*pro hac vice*)
*ggutzler@dicellolevitt.com*
F. FRANKLIN AMANAT (*pro hac vice*)
*famanat@dicellolevitt.com*
60 E. 42nd St., Suite 2400
New York, New York 10165
Telephone: (646) 933-1000

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JANE DOE NOS. 1-3,<br><br>    Plaintiffs,<br><br>    v.<br><br>DANIEL S. FITZGERALD,<br><br>    Defendant. | Case No: 2:20-cv-10713-MWF (RAOx)<br><br>**JOINT STIPULATION REGARDING PRIVATE MEDIATION**<br><br><br>Complaint Filed: 11/24/2020 |

Plaintiffs Jane Doe Nos. 1-10 ("Plaintiffs") and Defendant Daniel S. Fitzgerald ("Defendant," together with Plaintiffs, the "Parties") jointly submit this Stipulation regarding agreement to attend private mediation in lieu of selecting a Panel Mediator pursuant to the Court's September 28, 2022 Order (ECF No. 205).

## **STIPULATION**

WHEREAS, on September 28, 2022, the Court Ordered the case referred to "ADR Procedure No. 2," (ECF No. 205);

WHEREAS, the Parties have met and conferred and agreed to select a non-panel, private mediator and participate in private mediation;

WHEREAS, the Parties have agreed to Jeff Krivis as the private mediator and contacted his office to obtain availability;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, as follows:

1. The Parties will participate in Private Mediation with mediator Jeff Krivis.

Dated: October 19, 2022       By:   */s/ John H. Gomez*
                                    John H. Gomez
                                    **GOMEZ TRIAL ATTORNEYS**

                                    Greg G. Gutzler (*pro hac vice*)
                                    F. Franklin Amanat (*pro hac vice*)
                                    **DiCELLO LEVITT GUTZLER LLC**

                                    Lisa D. Haba (*pro hac vice*)
                                    **THE HABA LAW FIRM, P.A.**

                                    ***Counsel for Plaintiffs Jane Doe No. 1-4, 6-10***

| | | | |
|---|---|---|---|
| Dated: October 19, 2022 | | By: | */s/ Marc J. Randazza*<br>Marc J. Randazza<br>**RANDAZZA LEGAL GROUP PLLC**<br><br>***Counsel for Plaintiff Jane Doe No. 5*** |
| Dated: October 19, 2022 | | By: | */s/ Ernest E. Badway*<br>Ernest E. Badway<br>Jeffrey R. Whitley<br>**FOX ROTHSCHILD LLP**<br><br>Brandon Takahashi<br>**GORDON REES SCULLY MANSUKHANI LLP**<br><br>***Counsel for Defendant Daniel S. Fitzgerald*** |

2

*Jane Doe Nos. 1-3 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
STIPULATION REGARDING PRIVATE MEDIATION

# CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2022.

*/s/ Deborah S. Dixon*
Deborah S. Dixon