BRANDON TAKAHASHI (SBN 248883)
btakahashi@tallbridgelegal.com
**TALLBRIDGE LEGAL, P.C.**
4223 Glencoe Ave, Ste A220,
Marina del Rey, CA 90292-5671
Telephone: (323-741-6500

ERNEST EDWARD BADWAY
EBadway@FoxRothschild.com
(admitted *pro hac vice*)
**FOX ROTHSCHILD LLP**
101 Park Ave., 17th Floor
New York, NY 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940

Attorneys for Defendant
DANIEL S. FITZGERALD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JANE DOE NOS. 1-10,<br><br>  Plaintiffs,<br><br>v.<br><br>DANIEL S. FITZGERALD,<br><br>  Defendant. | Case No: 2:20-cv-10713-MWF (RAOx)<br><br>**DEFENDANT'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

**PLEASE TAKE NOTICE** that Defendant Daniel Fitzgerald appeals to the United States Court of Appeals for the Ninth Circuit from this Court's December 12, 2022, Order Granting United States Attorney's Office's Motion to Intervene and to Stay Proceedings ("the Order") (Doc No. 221). Defendant's appeal is limited to the part of the Order staying this action until there is a final adjudication in the federal criminal case pending against Peter Nygard in the Southern District of New York

(the "Nygard Case"). Defendant's Representation Statement is attached to this Notice, as required by Ninth Circuit Rule 3-2(b).

Dated: December 22, 2022, 2022    By:   FOX ROTHSCHILD LLP

By: */s/ Ernest Edward Badway*
      Ernest Edward Badway

Brandon Takahashi
TALLBRIDGE LEGAL, P.C.

*Attorneys for Defendant*

# REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2(b), Defendant/Appellant Daniel Fitzgerald identifies the following parties to the action, and their counsel of record:

1. Appellant Daniel Fitzgerald

   Brandon Akio Takahashi
   Tallbridge Legal PC
   4223 Glencoe Avenue Suite A220
   Marina Del Rey, CA 90292-5671
   323-741-6500
   Email: btakahashi@tallbridgelegal.com

   Ernest E. Badway
   Fox Rothschild LLP
   101 Park Avenue 17th Floor
   New York, NY 10178
   212-878-7986
   Fax: 212-692-0940
   Email: ebadway@foxrothschild.com

   Jeffrey R. Whitley
   Fox Rothschild LLP
   434 Fayetteville Street Suite 2800
   Raleigh, NC 27601
   919-755-8853
   Fax: 919-755-8800
   Email: jwhitley@foxrothschild.com

2. Appellees Jane Doe 1-4 and 6-10

   Deborah S Dixon
   Gomez Trial Attorneys
   655 West Broadway Suite 1700
   San Diego, CA 92101
   619-237-3490
   Fax: 619-237-3496
   Email: ddixon@thegomezfirm.com

   F. Franklin Amanat
   Dicello Levitt Gutzler LLC

60 East 42nd Street, Suite 2400
New York, NY 10165
646-933-1000
Fax: 646-494-9648
Email: famanat@dicellolevitt.com

Greg G. Gutzler
DiCello Levitt Gutzler LLP
60 East 42nd Street, Suite 2400
New York, NY 10165
646-933-1000
Fax: 646-678-1737
Email: ggutzler@dicellolevitt.com

John H. Gomez
Gomez Trial Attorneys
1334 Chorro Street
San Luis Obispo, CA 93401
619-237-3490
Fax: 619-237-3496
Email: jgomez@thegomezfirm.com

Joshua Lax
DiCello Levitt Gutzler LLC
60 East 42nd Street, Suite 2400
New York, NY 10165
646-933-1000
Fax: 646-494-9648
Email: jlax@dicellolevitt.com

Lisa D. Haba
The Haba Law Firm P.A.
1220 Commerce Park Drive Suite 207
Longwood, FL 32779
844-422-2529
Fax: 844-422-2529
Email: lisahaba@habalaw.com

Mark A. DiCello
Dicello Levitt Gutzler LLC
7556 Mentor Avenue
Mentor, OH 44060

| | |
|---|---|
| 1 | 440-953-8888 |
| 2 | Email: madicello@dicellolevitt.com |

3. Appellee Jane Doe 5

    Marc J. Randazza
    Randazza Legal Group, PLLC
    4974 South Rainbow Boulevard Suite 100
    Las Vegas, NV 89118
    702-420-2001
    Email: ecf@randazza.com

    Alex James Shepard
    Randazza Legal Group
    4974 South Rainbow Boulevard Suite 100
    Las Vegas, NV 89118
    702-420-2001
    Email: ecf@randazza.com

4. Appellee US Attorney's Office Southern District of New York

    Jacqueline C. Kelly
    USAO SDNY
    Civil Rights Unit, Criminal Divison
    One Saint Andrew's Plaza
    New York, NY 10007
    (212) 637-2456
    Email: jacqueline.kelly@usdoj.gov

Dated: December 22, 2022        By:   FOX ROTHSCHILD LLP

                                            By: */s/ Ernest Edward Badway*
                                                      Ernest Edward Badway

                                            Brandon Takahashi
                                            TALLBRIDGE LEGAL, P.C.

                                            *Attorneys for Defendant*

4

*Jane Doe Nos. 1-10 v. Daniel S. Fitzgerald*, Case No. 2:20-cv-10713
DEFENDANT'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT