FILED

SEP 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANE DOE, Nos. 1-10,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>DANIEL S. FITZGERALD,<br><br>        Defendant-Appellant,<br><br>US ATTORNEY'S OFFICE SOUTHERN DISTRICT OF NEW YORK,<br><br>        Real-party-in-interest-Appellee. | No.   22-56216<br><br>D.C. No.<br>2:20-cv-10713-MWF-RAO<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before:  BADE, LEE, and VANDYKE, Circuit Judges.

The motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 20) is denied without prejudice to renewing the arguments in the answering brief.  *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief and excerpts of record have been filed.  The Clerk will file the answering brief at Docket Entry No. 19.  The remaining answering brief(s) are due October 30, 2023.  The optional reply brief is due within 21 days after service of the latest-filed answering brief.

OSA111