**FILED**

**MAR 18 2024**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANE DOE, Nos. 1-10, | No. 22-56216 |
| Plaintiff-Appellee, | D.C. No. 2:20-cv-10713-MWF-RAO |
| v. | Central District of California, Los Angeles |
| DANIEL S. FITZGERALD, | |
| Defendant-Appellant, | ORDER |
| US ATTORNEY'S OFFICE SOUTHERN DISTRICT OF NEW YORK, | |
| Real-party-in-interest-Appellee. | |

Before: GOULD, IKUTA, and FORREST, Circuit Judges.

The government's emergency motion for reallocation of oral argument time (Dkt. 46) is GRANTED. The argument time will be allocated as follows: Fitzgerald will be allocated fifteen minutes of argument time, the government will be allocated fifteen minutes of argument time, and Doe will be allocated three minutes of argument time.